# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALLEN POLK                                                                      PLAINTIFF

V.                      4:11CV00401 JLH/JTR

PULASKI COUNTY DETENTION FACILITY, et al.        DEFENDANTS

## ORDER

Plaintiff, Allen Polk, is a pretrial detainee proceeding *pro se* in this § 1983 action. On May 16, 2011, the Court issued an Order giving Plaintiff thirty days to file an Amended Complaint. *See* docket entry #3. On June 14, 2011, Plaintiff filed a letter requesting a brief extension of time so that he may obtain a document he wishes to attach to his Amended Complaint. *See* docket entry #7.

There is no need for Plaintiff to attach any documents to his Complaint. Nevertheless, in abundance of caution, the Court will give Plaintiff a fourteen day extension to comply with the Court's May 16, 2011 Order.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's letter (docket entry #7), which has been construed as a Motion for an Extension of Time, is GRANTED.

2. Plaintiff shall file, **on or before June 30, 2011**, an Amended Complaint

containing the information specified in the May 16, 2011 Order.

    3.    Plaintiff is reminded that the failure to timely and properly do so will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 21st day of June, 2011.

                                                                          _____
                                                                        UNITED STATES MAGISTRATE JUDGE