# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ALLEN POLK                                                                                              PLAINTIFF

v.                                              No. 4:11CV00401 JLH/JTR

PULASKI COUNTY DETENTION
FACILITY, et al.                                                                                        DEFENDANTS

## ORDER

Pursuant to the Notice of Dismissal filed by Allen Polk today, this action is dismissed without prejudice. All pending motions are denied as moot. Because Polk is voluntarily dismissing this action, the Court declines to adopt the proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray, which is now moot.

IT IS SO ORDERED this 4th day of August, 2011.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE